# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128630

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                          SC: 128630
                                                           COA: 251652
                                                           Kent CC: 03-004118-FH

JONATHON ELSEY CURL, a/k/a
JONATHON ELSBY CURL,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the March 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005                                        _____
d1024                                                                  Clerk